UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 08-7695-DMG (FFMx) | Date March 21, 2012 |
| Title J. Doe, et al. v. Astellas Pharma, Inc., et al. | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution

The docket in this case reflects no activity since October 6, 2011.  The Court, on its own motion, orders plaintiff to show cause in writing on or before **March 28, 2012** why this action should not be dismissed for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response on or before the date upon which a response by plaintiff is due.  This action will be **dismissed** if a written response demonstrating good cause is not filed by the date indicated above.