| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|

CIVIL MINUTES - GENERAL

| Case No. | CV 08-7695-DMG (FFMx) | Date | March 29, 2012 |
|---|---|---|---|
| Title | J. Doe, et al. v. Astellas Pharma, Inc., et al. | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

On March 21, 2012, the Court issued an order to show cause why the above entitled action should not be dismissed for failure to prosecute. All plaintiffs have elected to decline intervention and have filed notice thereof on September 30, 2011. The Court finds that the relator has failed to prosecute this action in as much as the relator has failed to respond to the order to cause.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.